UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GARY michael Trentz

**Plaintiff(s)**

V.

U.S. et.al;

**Defendant(s)**

**Case No.** U.S. John Berge et,al; Rotating Case Numbers

Trentz V. U.S.
Hon. J. Lefkov Judge
92C202

## MOTION FOR FINAL Judgement — Enhanced Damages
## Rule 60 Federal Rules Civil procedures
## Including Applicable Secs/Subsections

Now comes plaintiff moving the Court FOR a Judgement Rule 60 Federal Rules Civil procedures Including Applicable Secs/Subsections with enhanced Damages Against the Veterans administration. Further Requesting Damages Against the U.S.; Principals, Friends and associates, Third party persons. This is a Fraud Case

1. No Court may issue/grant a Final Order/ Judgement in any case where unresolved issues/matters are still pending.

2. Plaintiff has still not been paid by the U.S. All monies, benefits, total Backpay and allowances. Granted by the V.A. but never paid since Filing 1971, Five filing to date.

3. Plaintiff attaches (2) exhibits on V.A. stationary.
(1. Date of medical Diagnosis Sept 13 2011 Agent Orange by approved Doctor Cummings V.A. approved A.O. physician. First Diagnosis Sept 1971. Five such physicals and approvals have been Authorized. Additional materials can be provided upon court Request.

(2) V.A. Stationary Form #9; arguing this case on point with veteran Kidwell Cause # 04-2447. 9-03-13 charging massive evidence. Records destroying massive Corruption V.A. that he filed under writ of MANDAMUS.

(3) This same materials provided to U.S. Judge Terry Means Ft. Worth, Texas Further charging financial instrument theft while in the courts possession. Additional File in prison 5th U.S. Circuit misconduct proceeding clerk File Stamp April 15 2015 Additional informations provide thereto Run over by a car and thrown out of the Hospital Methodist Hospital for no insurance with serious injuries as not limited thereto. Find against all local News media hold liable

(4) DNA testing of All Women & children. Genetic Engineering plaintiff never met Joan Esposito or Ann Deylantes. Both have (2) sons by my persons. Evidence existing. I never met them. Not limited hereto these (2) women

Adoption papers By George Bush #41 Adopting my person with paper signed and unsigned per U.S. Judge Paul Plunkett C.I.A. Fraud MK ut Tra Program Currently under seal in this court House I've never been paid anything from anyone benefits insurance judgments, nothing.

5) F.B.I. misconduct. while in San Antonio Texas. theft of U.S. Mail matter life sustaining Benefits not limited thereto; © Brandt Miller NBC

Plaintiff will keep the Court informed of Current Address & phone attached herewith
601 Harrison st. Chgo, Ill. Public Storage Uni No mail can be Received upon next mothly stipen opening a P.O. Box. Grant to CNN news media, the ladies, exposing the V.A. on veterans.

Wherefore plaintiff prays and Requests the Court make a Reasonable Adoption of this and entire case on his behalf and against the Defendants principals friends and associates of both Republicans and Democrats. Order the V.A. to pay 100% per claim x 32 claims. Hold F.B.I. liable in and with the rest thus far named in civil & criminal damages. All Backpay & Allowances including vehicles and Real properties. Break the Court Seals on Bush Adoption of my person, expose everything Then show plaintiff's life and continuing deprivations. Embarrasse the Bushes for what they did here individually with each other and together. Return all intellectual property's all monies to properly Raise and support. Lots plus other relief

Date 11-14-2016 Respectfully Many x Thnks G. Michael Trevi
Plaintiff

```
Appt Mgt Module          Sep 13, 2011@14:36:49         Page:    1 of    1
Patient: TRENTZ,GARY M (4317)              MT: COPAY EX           Outpatient
Total Appointment Profile      * - New GAF Required      08/14/11 thru 06/08/14

     Clinic                      Appt Date/Time         Status
  1  Jb/Agent Orange             12/07/2011@11:00       Future
```

*Dr. Cummings*
*Damen elevators to 7 North (312) 569-7159*

```
          Enter ?? for more actions
CI  Check In                CD  Change Date Range    DX  Diagnosis Update
UN  Unscheduled Visit       EP  Expand Entry         DL  Wait List Display
MA  Make Appointment        AE  Add/Edit             DE  Delete Check Out
CA  Cancel Appointment      RT  Record Tracking      WD  Wait List Disposition
NS  No Show                 PD  Patient Demographics CP  Procedure Update
DC  Discharge Clinic        CO  Check Out            PC  PCMM Action
AL  Appointment Lists       EC  Edit Classification  TI  Display Team
PT  Change Patient          PR  Provider Update          Recall Reminder Action
CL  Change Clinic           WE  Wait List Entry
Select Action: Quit//
```

V.A. Required physical administered by an approved Agency range physician, Dr. Cummings approved, Blood work medical work provided not to mention since 1971 to present.

CONTINUATION SHEET FOR ITEM 10

This is the Appeal of the matter now attached to the whole record, decision dated Sept. 03, 2013 of the V.A. Regional Office Indianapolis, Indiana.

Not limited to but arguing with veteran "Kidwell" whom filed a petition "Writ of Mandamus" under Cause # 04-2447 not limited to charging "Corruption in the V.A. massive charging from 1971 to present Kidwell's whole file was destroyed. Kidwell filed evidence the Chief Judge of the Court of Appeals for Vets was the Former General Counsel for the V.A. Lawrence R. Gottfriend a lawyer for the B.V.A that 32 out of 38 claims filed by veterans were severely tampered with, further charging "evidence tampering a crime prohibited by the U.S. Criminal Code. The same, for Ms. Jill L. Rygwalski Attorney for same and like conduct conduct for the B.V.A she destroyed thousands of documents.

With respect to the Court hold all liable in civil + criminal damages, grant prompt + immediate long overdue relief in totality.

V.A. Form #9 attached proving the the V.A is destroying evidence and has been since 1971 to present again claiming they never got this one either like everything else destroyed in my case. Form #9 attached herewith dated 3-07-12 Filed Stamped "Public Contact Team" Chicago Further V.A destroying evidence

(Attach additional sheets, if necessary)

Statement V.A. Form 21-4138, and V.C.A.A. Form response dated __ also __ you didn't rely upon in your decision 9-03-2013

Form #9.